**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>- STARDUST, et al.,<br><br>        Defendants. | Case No. 26-cv-02328<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Young B. Kim** |

**<u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors

LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| divinge | 4 |
| WonderRight | 19 |
| Megacarspares | 31 |
| ZMSAopni | 83 |

Dated this 21st day of May 2026.        Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*