**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GENERAL MOTORS LLC,

        Plaintiff,

v.

- STARDUST, et al.,

        Defendants.

Case No. 26-cv-02328

**Judge Thomas M. Durkin**

**Magistrate Judge Young B. Kim**

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors

LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| car-qxg | 25 |
| aGUIJUN aYI | 44 |
| aYUaHAIa aER | 46 |
| FEMCA FACTORY | 54 |

Dated this 4th day of June 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*